

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00108-CV

**IN RE** Brandon **ESPINOZA**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
             Lori I. Valenzuela, Justice
             H. Todd McCray, Justice

Delivered and Filed: March 4, 2026

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

Relator, Brandon Espinoza ("Espinoza"), filed his petition for writ of mandamus on February 10, 2026. Espinoza sought an order compelling the respondent to rule on his first amended motion to compel discovery. We issued an order requiring the real party in interest and respondent to file their responses to the petition, if any, no later than February 23, 2026. Prior to the response deadline, Espinoza filed a supplemental record that included an order on his first amended motion to compel discovery signed February 18, 2026. The signed order was accompanied by the trial court docket evidencing that the order had been entered in the underlying matter.

---

[1]This proceeding arises out of Cause No. 2024-CI-25957, styled *Brandon Espinoza v. Alexis Chapa*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Nadine Melissa Nieto presiding.

This Court cannot decide a case that has become moot. *See Heckman v. Williamson Cnty.*, 369 S.W.3d 137, 162 (Tex. 2012); *see also In re Salverson*, No. 01-12-00384-CV, 2013 WL 557264, at *1 (Tex. App.—Houston [1st Dist.] Feb. 14, 2013, orig. proceeding) (mem. op.). "A proceeding becomes moot 'if, since the time of filing, there has ceased to exist a justiciable controversy between the parties—that is, if the issues presented are no longer 'live,' or if the parties lack a legally cognizable interest in the outcome.'" *In re Baja Freight, Ltd.*, No. 04-23-01010-CV, 2023 WL 8609284, at *2 (Tex. App.—San Antonio Dec. 13, 2023, no pet.) (quoting *Heckman v. Williamson County*, 369 S.W.3d 137, 162 (Tex. 2012)); *see also In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings ....").

The trial court has provided Espinoza with the relief that he has requested from this court. The controversy ceases to exist. This matter has become moot. The petition for writ of mandamus is dismissed as moot.

PER CURIAM